JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

DAMIAN HONORATO LOPEZ,
Petitioner,
v.
ERNESTO SANTACRUZ JR., et al.,
Respondents.

Case No. 5:26-cv-03345-ACCV

**JUDGMENT**

IT IS ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's August 14, 2026, Order Granting Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: August 20, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge